ROSENBERG & ESTIS, P.C.
733 Third Avenue, 14th Floor
New York, New York 10017
John D. Giampolo, Esq.
Email: jgiampolo@rosenbergestis.com
Tel: (212) 551-1273
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MATTHEWS FAN COMPANY, a/k/a MATTHEWS FAN CO., <br><br> Plaintiff, <br><br> v. <br><br> LIGHTING MERCHANT, LIGHTING COMMERCE, LLC, LARRY KRAYZMAN, and NATHAN KLEIN. <br><br> Defendants. | Case No.: 3:21-cv-20558-FLW-LHG |

**CERTIFICATION OF SERVICE AND RESPONSE TO MARCH 25, 2022 NOTICE**

I, John D. Giampolo, attorney for the above-captioned Plaintiff duly admitted to practice before this Court, pursuant to 28 U.S.C. § 1746, hereby certify as follows in response to the Court's March 25, 2022 notice [ECF Doc. 5].

1. After the above-captioned complaint was filed, Plaintiff's investigation indicated an additional defendant and accordingly the complaint was amended [ECF Doc. 6].

2. On or before the date hereof, I caused (i) a true and correct copy of the amended complaint and summons to be served via personal service and registered or certified mail upon each of the above-captioned Defendants at the addresses set forth on the service list annexed hereto as Exhibit A, and (ii) a true and correct of the amended complaint and March 25, 2022 notice [ECF

- 2 -

Doc. 5] to be served upon the Plaintiff via regular mail at the address set forth on the service list annexed hereto as Exhibit A.

      3. Fed.R.Civ.P. 4(m) provides, in pertinent part, that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff" can "order that service be made within a specified time" or, upon showing of good cause, "must extend the time for service for an appropriate period."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 18, 2022

By: */s/ John Giampolo*
John Giampolo

- 3 -

# EXHIBIT A

Larry Krayzman
55 Mindy Lane
Eatontown, New Jersey 07712

Nathan Klein
1750 Brielle Ave # A5
Asbury Park, New Jersey 07712

Lighting Merchant
1750 Brielle Ave # A5
Asbury Park, New Jersey 07712

Lighting Commerce, LLC
1750 Brielle Ave # A5
Asbury Park, New Jersey 07712

Matthews Fan Company, a/k/a Matthews Fan Co.
1881 Industrial Drive
Libertyville, Illinois 60048