# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

MATTHEWS FAN COMPANY,
*Plaintiff*

V.

LIGHTING MERCHANT, ET AL.,
*Defendant*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **3:21-CV-20558-FLW-LHG**

TO: *(Name and address of Defendant):*

Nathan Klein
C/o Lighting Commerce, LLC
1750 Brielle Ave # A5,
Asbury Park, New Jersey 07712

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ **WILLIAM T. WALSH**
CLERK



ISSUED ON 2021-12-23 11:35:40, Clerk
USDC NJD

# RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | 4.19.22 |
| NAME OF SERVER (PRINT) J. JAKES | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
1750 BRIELLE AVE #A6, ASBURY PARK, NJ 07712

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: NATHAN KLEIN

☐ Returned unexecuted: _____

☑ Other (specify): SERVED SUMMONS, AMENDED COMPLAINT, PLUS EXHIBITS

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4.20.22
                Date

Signature of Server

714 NEWMAN SPRINGS RD #184
LINCROFT, NJ 07738
*Address of Server*